**ERIC L. DAHLIN, OSB # 965720**
ericdahlin@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  503-241-2300
Facsimile:  503-778-5299

Attorneys for Defendant
State Street Global Advisors, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TRUSTEES OF THE WESTERN STATES HEALTH & WELFARE TRUST FUND OF THE OPEIU**<br><br>        **PLAINTIFFS,**<br><br>    v.<br><br>**STATE STREET GLOBAL ADVISORS, INC.,**<br><br>        **Defendant.** | Case No. 11-CV-1192 HA<br><br>**DEFENDANT STATE STREET GLOBAL ADVISORS, INC.'S ANSWER TO COMPLAINT** |

Defendant State Street Global Advisors, Inc. ("State Street") by and through its attorneys, allege as follows in response to plaintiffs' Complaint.

1.    State Street lacks sufficient information as to the allegations of paragraphs 1 and 2 and on that basis denies the same.

2.    State Street admits the allegation of paragraph 3.

3.    Answering paragraphs 4 and 5, State Street does not contest jurisdiction and venue.

4.    Answering paragraphs 6-19, State Street generally denies those allegations. State Street further alleges that State Street and plaintiffs have been involved in discussions to resolve

Page 1 – DEFENDANT STATE STREET GLOBAL ADVISORS, INC.'S ANSWER TO COMPLAINT

this dispute with other potentially responsible parties; as a result, plaintiffs have agreed that it is acceptable for State Street to generally deny the allegations at this point, and that if the parties are not able to resolve the case then plaintiffs have no objection to State Street filing an Amended Answer and Affirmative Defenses.

5. Except as expressly admitted above, State Street denies each allegation of the Complaint.

For its AFFIRMATIVE DEFENSES State Street alleges as follows:

6. Plaintiffs failed to mitigate damages

7. Plaintiffs were contributorily at fault.

8. Plaintiffs' damages were caused by entities other than State Street.

9. Plaintiffs have failed to add as defendants indispensable parties.

10. Plaintiffs' damages are limited by a limitation of liability provision in the subject contract.

DATED this 13th day of February, 2012.

**DAVIS WRIGHT TREMAINE LLP**

By   */s/ Eric L. Dahlin*
**Eric L. Dahlin**, OSB # 965720
ericdahlin@dwt.com
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  503-241-2300
Facsimile:  503-778-5299

Attorneys for Defendant State Street Global Advisors, Inc.