1

2

Michael H. Korpi
THE KORPI LAW FIRM PLLC
135 Second Avenue North, Ste. 202
Edmonds, WA 98020
(425) 582-8935
mikek@korpilaw.com

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

9

10

TRUSTEES OF THE WESTERN
STATES HEALTH & WELFARE
TRUST FUND OF THE OPEIU,

NO.  11-CV-1192 HA

11

12

Plaintiffs,

PLAINTIFFS' MOTION FOR ORDER
OF DISMISSAL

v.

13

14

STATE STREET GLOBAL ADVISORS,
INC.

15

Defendant.

16

17

In accordance with FRCP 41(a), plaintiffs move the Court for an order dismissing

18

this action with prejudice and without costs to any party.

19

DATED this 9th day of July, 2012.

20

21

/s/ *Michael H. Korpi*_____
Michael H. Korpi, OSB #031594
THE KORPI LAW FIRM PLLC
135 Second Avenue North, Suite 202
Edmonds, Washington 98020
Telephone:  425-582-8935
Email:  mikek@korpilaw.com
Attorney for Plaintiffs

22

23

24

25

MOTION FOR ORDER OF DISMISSAL - 1

THE KORPI LAW FIRM PLLC
135 SECOND AVENUE NORTH
SUITE 202
EDMONDS, WA 98020
(425) 582-8935

4900 612 me051206